AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
NOV 10 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:15-MJ-935 |
| CODY ALEXANDER STOOPS | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  Sept. 2015  in the county of  Bexar  in the  Western  District of  Texas , the defendant violated  18  U. S. C. §  2252A(a)(2) , an offense described as follows:

Receipt of Child Pornography

This criminal complaint is based on these facts:

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Rex Miller, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2015

_____
*Judge's signature*

City and state:  San Antonio, Texas     Henry Bemporad, US Magistrate Judge
*Printed name and title*

Penalties: 20 years imprisonment; $250,000 fine; lifetime supervised release; $100 special assessment, and restitution.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rex Miller, the Affiant herein, first being duly sworn, do state as follows:

1. Your Affiant is employed as a Special Agent with the Federal Bureau of Investigation (FBI) in San Antonio, Texas. Your Affiant has been a Special Agent with the FBI since January, 2004. Your Affiant's experiences as a Special Agent include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collection of evidence, interviewing of witnesses, use of force, firearms and other law enforcement related topics. Your Affiant is currently assigned to the FBI Violent Crimes against Children Unit, where he conducts investigations relating to violations of the laws of the United States as they relate to computer-related crimes.

2. The factual information supplied in this affidavit is based upon your Affiant's own investigation as well as information provided by other law enforcement officers. Since this affidavit is submitted for the purpose of securing an arrest warrant, it does not include every fact known to me concerning this investigation. I have set forth facts that I believe establish probable cause to believe that CODY A. STOOPS (STOOPS), has violated the provisions of Title 18, United States Code, Section 2252A(a)(2).

3. The San Antonio Division of the FBI received information that an individual using an IP address in San Antonio, Texas, was logging into a particular website on multiple occasions in February 2015, to access postings and files depicting the sexual abuse and exploitation of children. One of the postings accessed by this individual contained a link to a series of images depicting three adolescent males having sex with an adolescent female.

4. On October 28, 2015, FBI agents executed a search warrant at the San Antonio, Texas, home of STOOPS and seized digital devices. Affiant interviewed STOOPS during the execution of the search warrant at STOOPS' residence. STOOPS advised Affiant that he has utilized the Internet for the past six years in order to view and download child pornography images and videos. STOOPS is presently utilizing a computer system and an iPhone 5C, and the associated Internet service, located at his residence in San Antonio, Texas, to view images and videos of

1

child pornography and to download images and videos of child pornography.  STOOPS stores these child pornography images and videos on the hard drive housed in this laptop computer system as well his iPhone 5C.  STOOPS admitted that he uses these child pornography images and videos to masturbate.

5.     A forensic preview of STOOPS' iPhone 5C (assembled in China) was conducted and revealed numerous files depicting children engaged in sexually explicit conduct.  One image dated September 25, 2015 named Img_6665.jpg depicts a prepubescent female child lying on her back.  The child is only wearing red panties pulled to one side.  There is a red dildo inserted into the child's vagina.  A cord is attached to the red dildo and two clips are attached to the end of the cord.  The two clips are attached to each of the child's breast.  Another image dated September 30, 2015 depicts a prepubescent female child lying on her stomach on a couch wearing only a yellow shirt.  The child's hands are duck taped behind her back and each leg is duck taped to a white material in order to spread the child's legs apart.

6.     Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that CODY A. STOOPS, knowingly received any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

_____
Rex Miller, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___10TH___ day of November, 2015.

_____
HENRY BEMPORAD
U.S. MAGISTRATE JUDGE

2